**William J. NOLAN, substituted for John S. Nolan, Appellant,**

**v.**

**Benjamin C. ROBINSON, Appellee.**

**No. 1935.**

Municipal Court of Appeals for the District of Columbia.

Argued April 1, 1957.

Decided April 30, 1957.

Jack Politz, Washington, D. C., for appellant.

Paul J. Kasloff, Washington, D. C., for appellee.

· Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

The sole question raised on this appeal is whether error was committed in denying a motion to reinstate appellant's action, dismissed for failure to prosecute with diligence.

It would serve no purpose to recite in detail the events that occurred. We have examined the voluminous record and find no basis for holding that the trial court abused its discretion.

Affirmed.